IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSIAN COLLECTIONS, LTD. | : | |
| | : | |
| Plaintiff, | : | Case No. 2:09-cv-300 |
| | : | |
| v. | : | JUDGE MARBLEY |
| | : | |
| ALEXANDER MELAMID, | : | Magistrate Judge Abel |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on Plaintiff Russian Collections, Ltd.'s ("RC") Motion for Discovery Sanctions. (No. 20). On May 14, 2009, RC filed a Motion for Temporary Restraining Order and Preliminary Injunction. (No. 10). On June 1, 2009, after Defendant Alexander Melamid failed to respond to interrogatory requests and requests for production of documents, RC requested an order: "(1) directing that RC is entitled to a preliminary injunction because it has established: (a) a likelihood of success on the merits; and (b) irreparable injury to it absent the granting of the preliminary injunction; and (2) prohibiting Melamid from contesting either RC's likelihood of success on the merits or that RC will be irreparably harmed absent the granting of the preliminary injunction." In addition, RC requested that Melamid be required to pay attorneys fees. On July 1, 2009, the Court denied RC's Motion for Preliminary Injunction. (No. 32). As a result, the Motion for Discovery Sanctions is now **MOOT**.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

Dated: November 17, 2009